BEFORE THE FIRST DIVISION, SEPTEMBER 25, 1959

No. 63378.—Manca, Inc. *v.* United States, protests 59/10858 and 59/11658 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of boxes similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiff was sustained.